UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALVIN MAZIE                                                  PLAINTIFF

V.                                             CIVIL ACTION NO. 3:20-CV-395-DPJ-FKB

PHH MORTGAGE CORPORATION                                     DEFENDANTS
f/k/a/ CEDANT MORTGAGE
CORPORATION and PHH MORTGAGE
SERVICES CORPORATION, as Agents
for U.S. Bank National Association, as
Trustee, successor in interest to Bank of
America National Association, as Trustee,
successor by merger to LaSalle Bank
National Association, as Trustee for
Structured Asset Investment Loan Trust
Mortgage

ORDER STAYING CASE

This case is before the Court, sua sponte, for consideration of a stay. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court has been apprised of ongoing settlement negotiations between the parties. Based on those appraisals, it finds that "[a] stay would not only conserve the resources of the Court and the parties but allow the parties to continue their attempts to resolve the matter without judicial intervention." *Hawk Tech. Sys., LLC v. Huddle House, Inc.*, 2021 WL 4130520, at *1 (N.D. Miss. Sept. 9, 2021).

The Court therefore orders that all further proceedings in this action are stayed pending further order of the Court. If an issue develops that requires immediate action, the parties may move to have the stay lifted.

**SO ORDERED AND ADJUDGED** this the 22nd day of March, 2022.

                                                                 s/ *Daniel P. Jordan III*
                                                                  CHIEF UNITED STATES DISTRICT JUDGE